No. 4375.—Rodríguez, apldo., *v.* Lluch, aplte.—C. D. Ponce. Junio 22, 1928. Atendidas las razones alegadas en la anterior moción el tribunal en uso de su discreción deja sin efecto su resolución de fecha 18 del corriente desestimando esta apelación, la cual queda por tanto reinstalada, y concede al apelante un nuevo término que vencerá el día 7 de julio de 1928 para radicar alegato.

No. 4660.—American Colonial Bank of P. R., apldo., *v.* Heraclio López & Co. et al., apltes.—C. D. San Juan. Junio 23, 1928. Desestimado el recurso a petición de la apelada con la conformidad de los apelantes.

No. 4644.—John M. Khon o Stella Mae Campbell et al., apldos., *v.* Martínez Marrero, aplte.— C. D. San Juan. Junio 26, 1928. Apareciendo de la moción sobre desestimación y de la certificación que se acompaña, que no ha vencido la última prórroga concedida por la corte inferior al apelante para preparar y presentar la transcripción de la evidencia, y no habiendo el promovente demostrado un claro abuso de discreción por parte del juez de dicha corte, no ha lugar a la desestimación solicitada.